AO 10*
Rev. 1/2017

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2016

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Howell, Beryl A. | US District Court for the District of Columbia | 08/12/2017 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| US District Court Judge (active) | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☐ Amended Report | 01/01/2016<br>to<br>12/31/2016 |

**7. Chambers or Office Address**

US Courthouse, Room 6600
333 Constitution Avenue, NW
Washington, DC 20001

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Board Member | DC Circuit Historical Society |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

# FINANCIAL DISCLOSURE REPORT

Page 2 of 9

**Name of Person Reporting**

Howell, Beryl A.

**Date of Report**

08/12/2017

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2016 | Twin Cities Public Television. business income |
| 2. | 2016 | WGBH Educational Foundation. business income |
| 3. | 2016 | Dalio Foundation. business income |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | U.S. State Department | March 5 - 17. 2016 | Sierra Leone | Bail and sentencing reform project | Transportation. meals. hotel |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Howell, Beryl A. | 08/12/2017 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Howell, Beryl A. | 08/12/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1.  Citibank Accounts (svgs. money market. checking) | A | Interest | M | T | | | | | |
| 2.  Wells Fargo Accounts (savings and checking) | | None | K | T | Open | 03/08/16 | J | | |
| 3.  Schwab Gov't Money Fund ` | A | Interest | P1 | T | | | | | |
| 4.  Schwab Bank money market fund | A | Interest | J | T | Buy | 12/27/16 | J | | |
| 5.  Stroz Friedberg LLC, stock and RSU's | | None | | | Sold | 11/01/16 | P1 | G | |
| 6.  American Funds VCPS/College Money Market Fund 529F1 | | None | K | T | Buy (add'l) | 12/28/16 | K | | |
| 7. | | | | | Sold (part) | 12/28/16 | K | | |
| 8.  American Funds Fundamental Investors 529F1 | A | Dividend | J | T | Sold (part) | 12/27/16 | K | B | |
| 9. | | | | | Sold (part) | 12/28/16 | K | | |
| 10.  American Funds Growth Fund of America 529F1 | A | Dividend | K | T | Sold (part) | 12/27/16 | J | C | |
| 11. | | | | | Sold (part) | 12/28/16 | K | | |
| 12.  American Funds Small Cap World Fund 529F1 | | None | J | T | Buy (add'l) | 12/27/16 | J | | |
| 13.  American Funds Income Fund of America 529F1 | A | Dividend | L | T | Sold (part) | 01/19/16 | K | | |
| 14. | | | | | Sold (part) | 08/04/16 | K | | |
| 15. | | | | | Sold (part) | 11/29/16 | J | | |
| 16. | | | | | Buy (add'l) | 12/28/16 | L | | |
| 17.  American Funds New Economy Fund 529F1 | A | Dividend | K | T | Sold (part) | 11/29/16 | J | B | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | N =$250,001 - $500,000 |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Howell, Beryl A. | 08/12/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | | | | | Buy (add'l) | 12/27/16 | J | | |
| 19. | | | | | Buy (add'l) | 12/28/16 | J | | |
| 20. | | | | | Sold (part) | 12/28/16 | J | | |
| 21. American Funds Europacific Growth Fund 529F1 | A | Dividend | K | T | Sold (part) | 11/29/16 | J | | |
| 22. | | | | | Buy (add'l) | 12/27/16 | J | | |
| 23. | | | | | Buy (add'l) | 12/28/16 | J | | |
| 24. | | | | | Sold (part) | 12/28/16 | J | | |
| 25. American Funds New Perspective Fund 529F1 | A | Dividend | L | T | Buy (add'l) | 12/27/16 | J | | |
| 26. | | | | | Buy (add'l) | 12/28/16 | J | | |
| 27. American Funds Washington Mutual Investors Fund | A | Dividend | | | Sold | 12/28/16 | K | A | |
| 28. TIAA Cref lst tg rtm 20 inst | | None | | | Closed | 01/04/16 | L | B | |
| 29. MONY whole life insurance policy | A | Interest | K | T | | | | | |
| 30. US Treasure Note 1.0% due 8/31/16 | A | Interest | | | Matured | 8/31/16 | K | | |
| 31. US Treasury Note 1% due 9/30/16 | A | Interest | | | Matured | 9/30/16 | K | | |
| 32. US Treasury Note 1% due 10/31/16 | A | Interest | | | Matured | 10/31/16 | K | | |
| 33. US Treasury Note 1% due 3/31/17 | A | Interest | L | T | | | | | |
| 34. US Treasury Note 1% due 5/31/18 | A | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Howell, Beryl A. | 08/12/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. US Treasury Note 1% due 6/30/19 | A | Interest | K | T | | | | | |
| 36. US Treasury Note 1.25% due 1/31/19 | A | Interest | L | T | | | | | |
| 37. US Treasury Note 1.25% due 4/30/19 | A | Interest | L | T | Buy | 12/23/16 | L | | |
| 38. US Treasury Note 1.25% due 8/31/19 | A | Interest | L | T | Buy | 12/23/16 | L | | |
| 39. Baron Growth Fund | A | Dividend | J | T | | | | | |
| 40. Goldman Sachs Strategic Incoome | A | Interest | J | T | | | | | |
| 41. Ishares DJ US Oil Equipment ETF | A | Dividend | L | T | | | | | |
| 42. Ishares Russell 1000 Growth | A | Dividend | J | T | | | | | |
| 43. Ishares Rusel Midcap Growth ETF | A | Dividend | J | T | | | | | |
| 44. US Inflation Index Bond --Government bond | B | Interest | N | T | Buy (add'l) | 12/23/16 | K | | |
| 45. | | | | | Matured | 4/15/16 | L | A | |
| 46. Technology SPDR | C | Dividend | M | T | | | | | |
| 47. Ishares Health Care Providers Index Fd | A | Dividend | M | T | | | | | |
| 48. Ishares TR Russel 2000 Growth Index | B | Dividend | M | T | | | | | |
| 49. SPDR Consumer Discretioanry ETF | B | Dividend | M | T | | | | | |
| 50. SPDR Healthcare ETF | C | Dividend | M | T | | | | | |
| 51. SPDR Industrials ETF | C | Dividend | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Howell, Beryl A. | 08/12/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g.. div.. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g.. buy. sell. redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Powershares Dynamic Media | A | Dividend | L | T | | | | | |
| 53. Vanguard Consumer Staples | B | Dividend | M | T | | | | | |
| 54. Vanguard Dividend Appreciation | A | Dividend | J | T | | | | | |
| 55. ishares Gold Trust | | None | J | T | Buy | 12/22/16 | J | | |
| 56. SPDR Gold | | None | L | T | Buy | 12/8/16 | L | | |
| 57. Visa | | None | L | T | Buy | 12/8/16 | L | | |
| 58. Herman Bronsweig Educational and Health Trust (X) | | | | | | | | | |
| 59. --Johnson and Johnson (X) | C | Dividend | M | T | | | | | |
| 60. --Lockheed Martin (X) | C | Dividend | M | T | | | | | |
| 61. --Oracle (X) | A | Dividend | J | T | Sold (part) | 8/4/16 | J | D | |
| 62. --Schwab Bank | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Section II - Agreements
Stroz Friedberg, Inc. (SFI) was sold to another company in November 2016. My previiously listed agreements with SFI are now moot.

| Name of Person Reporting | Date of Report |
|---|---|
| Howell, Beryl A. | 08/12/2017 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Beryl A. Howell**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544